IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF TEXAS
**BROWNSVILLE** DIVISION

MISCELLANEOUS

Alfredo Garcia Gonzalez//18067-179

**Plaintiff's name and ID Number**

B-04-20

BSCC Interstate Unit

**Place of Confinement**

CASE NO. 1:02-CR-00505-001
(Clerk will assign the number)

v.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

Alfredo Garcia Gonzalez  1801 W. I-20; Big Spring, TX;

**Defendant's name and address**

United States District Court
Southern District of Texas
FILED

JUN 2 9 2004

Michael N. Milby
Clerk of Court

I, Alfredo GArcia Gonzalez, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☑
   b. Rent payments, interest or dividends?             Yes☐ No☑
   c. Pensions, annuities or life insurance payments?   Yes☐ No☑
   d. Gifts or inheritances?                            Yes☐ No☑
   e. Family or friends?                                Yes☐ No☑
   f. Any other sources?                                Yes☑ No☐

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _food Service - 119.53_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☑         No☐
   If you answered YES, state the total value of the items owned.

   _$1.89_

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐          No ☒

   If you answered YES, describe the property and state its approximate value.

   _____

   _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the ___23___ day of _____June_____, ~~19~~ 2004.

*Gonzales Alfredo Garcia*
Alfredo Garcia Gonzalez   18067-179
Signature of Plaintiff        ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

Revised 6/97

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the __BSCC- Interstate Unit__
(name of institution)
where __Alfredo Garcia Gonzalez__, Inmate ID No. __18067-179__, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this date the prisoner has in his account the sum of $ __1.89__.

(2) During the past six months, the prisoner's:

Average monthly balance was $ __25.00__.

Average monthly deposits to the prisoner's account were $ __25.00__.

Total deposits to the prisoner's account for the six months were $ __119.53__.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Dated: __6/22/04__

__[signature]__
Authorized Officer

__Big Spring Correctional Center  Interstate Unit__
Institution of Confinement

## AUTHORIZATION

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the Court any initial partial filing or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

Dated: __6/22/04__

*Gonzales Alfredo Garcia*
Alfredo Garcia Gonzalez  18067-179

Signature of Prisoner/Plaintiff/Appellant
Institution ID No. __18067-179__