UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 05 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ALFREDO GARCIA GONZALEZ | * | |
| VS | * | Misc. No. B04-020   B-04  132 |
| UNITED STATES OF AMERICA | * | (Cr. No. B02-505) |

### ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **October 5, 2004**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 5th day of August 2004.

_____
Felix Recio
United States Magistrate Judge